# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **BONNIE CAMPBELL** | § | |
| | § | |
| **V.** | § | NO. 1:08-cv-127 |
| | § | |
| **MICHAEL J. ASTRUE,** | § | |
| **Commissioner of Social Security** | § | |
| **Administration** | § | |

## MEMORANDUM OPINION ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter was referred to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. The Court has received and considered the report of the United States magistrate judge, along with the record, pleadings and all available evidence. No objections were filed by the parties.

Accordingly, the proposed findings of fact, conclusions of law, and recommendations of the United States magistrate judge are **ADOPTED**.

A Final Judgment will be entered separately, remanding this action to the Commissioner.

So **ORDERED** and **SIGNED** this **30** day of **November, 2009.**

_____
Ron Clark, United States District Judge